# Exhibit A

Please call when you can

11/16/16 1:48 PM (Viewed 11/16/16 5:55 PM)

Brandon Webb (7175426985)

I'm planning to walk away from the Israel deal, but want to discuss with you first

11/23/16 10:14 AM (Viewed 11/23/16 11:04 AM)

Brandon Webb (7175426985)

Todd, just getting the December shipment put together. Not certain if Stamey ever calls you, but if he does, let's coordinate on the pricing.

11/23/16 10:14 AM (Viewed 11/23/16 11:04 AM)

Brandon Webb (7175426985)

He may have an order for 750 head of Holsteins and he's asking us to quote the sea freight

12/2/16 11:02 AM

Brandon Webb (7175426985)

Ran out of steam last night and started at 6:00am this morning with Prewitt

12/2/16 11:02 AM

Brandon Webb (7175426985)

Looks like things are coming together and we have a buyer coming in on Sunday or Monday that wants 2,000 head

12/2/16 11:03 AM (Viewed 12/2/16 11:05 AM)

Brandon Webb (7175426985)

All told, we will need a spot to park 2,500- 3,000 head of beef opens

12/2/16 11:03 AM (Viewed 12/2/16 11:05 AM)

Brandon Webb (7175426985)

If in ND, I think Prewitt will retain ownership until January 10th when we ship

12/2/16 11:04 AM (Viewed 12/2/16 11:05 AM)

Brandon Webb (7175426985)

Any ideas on where we can quarantine, let me know.... I'll be in ND tomorrow

12/2/16 11:06 AM (Viewed 12/2/16 11:27 AM)

Brandon Webb (7175426985)

(Fortunately the market is down $3.00 today)

12/2/16 1:08 PM (Viewed 12/2/16 1:11 PM)

Brandon Webb (7175426985)

Rod located a feedyard south of Bismarck that's sitting empty and that he's comfortable with...

12/2/16 1:11 PM

Todd's iPhone (+14357700403)

Ok I have a couple that might work if it falls through

12/2/16 1:11 PM

Brandon Webb (7175426985)

Good deal

12/2/16 1:12 PM (Viewed 12/2/16 1:14 PM)

Brandon Webb (7175426985)

How young are you comfortable shipping Holstein heifers?

12/2/16 1:12 PM (Viewed 12/2/16 1:14 PM)

Brandon Webb (7175426985)

We may turn this vessel around and do a second voyage

12/2/16 1:12 PM (Viewed 12/2/16 1:14 PM)

Brandon Webb (7175426985)

Murat claims he has 2,000 head sold

12/2/16 1:12 PM (Viewed 12/2/16 1:14 PM)

Brandon Webb (7175426985)

450 to 550 with a 500lb average?

12/2/16 2:15 PM

Todd's iPhone (+14357700403)

I don't think it would be a problem

12/2/16 2:16 PM

Brandon Webb (7175426985)

Ok

12/2/16 2:16 PM

Brandon Webb (7175426985)

Thoughts on price?

12/2/16 2:17 PM

Todd's iPhone (+14357700403)

Let me think

12/8/16 4:18 PM (Viewed 12/8/16 5:01 PM)

Brandon Webb (7175426985)

Todd, sent you an email on the latest. Do you have time to discuss this afternoon?

12/8/16 4:18 PM (Viewed 12/8/16 5:01 PM)

Brandon Webb (7175426985)

(A couple days behind... unfortunately the blocked roads in ND haven't helped)

12/8/16 5:04 PM

Todd's iPhone (+14357700403)

I'm tied up for a bit, I'll try and call later.

12/8/16 5:04 PM (Viewed 12/8/16 5:05 PM)

Brandon Webb (7175426985)

Very good

12/9/16 10:21 AM (Viewed 12/9/16 10:51 AM)

Brandon Webb (7175426985)

Contracts and signature pages emailed to you and Justin

12/9/16 10:51 AM

Todd's iPhone (+14357700403)

Ok

12/9/16 10:53 AM (Viewed 12/9/16 10:59 AM)

Brandon Webb (7175426985)

I told Gutman's and Dan Z they will need to wait- no worries there

12/9/16 10:57 AM (Viewed 12/9/16 10:59 AM)

Brandon Webb (7175426985)



12/9/16 10:58 AM (Viewed 12/9/16 10:59 AM)

Brandon Webb (7175426985)



12/9/16 11:00 AM

Brandon Webb (7175426985)

If there is any way possible, those two invoices are the most urgent

12/9/16 11:03 AM (Viewed 12/9/16 12:11 PM)

Brandon Webb (7175426985)

I've got the vet scheduled to start working Prewitt cattle at 11:00am tomorrow and they are going to move them to ND in the afternoon

12/9/16 11:03 AM (Viewed 12/9/16 12:11 PM)

Brandon Webb (7175426985)

Few hundred head

12/10/16 11:07 AM (Viewed 12/10/16 11:13 AM)

Brandon Webb (7175426985)

Todd, were you able to get the two wires out yesterday? I'm here working cattle with Prewitt at the moment

Todd's iPhone (+14357700403)

Look at Howard's

1/24/17 3:06 PM (Viewed 1/24/17 3:07 PM)

Brandon Webb (7175426985)

There is 4,849 lbs between our real weight and his invoice based on 2lbs per day

1/24/17 3:06 PM (Viewed 1/24/17 3:07 PM)

Brandon Webb (7175426985)

That's $23.00 per head

1/24/17 3:07 PM

Brandon Webb (7175426985)

Or $6788.60

1/24/17 3:07 PM

Brandon Webb (7175426985)

I would suggest we split the difference

1/24/17 3:19 PM

Todd's iPhone (+14357700403)

What was total actual weight in ND??

1/24/17 3:19 PM (Viewed 1/24/17 3:20 PM)

Brandon Webb (7175426985)

For Howard- it was 138271

1/24/17 3:20 PM

Brandon Webb (7175426985)

In total, it was 1,779,194

1/25/17 7:11 AM (Viewed 1/25/17 7:37 AM)

Brandon Webb (7175426985)

From Kvamme;

1/25/17 7:11 AM (Viewed 1/25/17 7:37 AM)

Brandon Webb (7175426985)

Those cattle aren't leaving tommorrow. They don't have brand papers or health papers to get back into Montana. Also the bill needs to be paid in full. Missing cattle the broken leg a crippled Hfr of mine the one you guys killed and I found a prewitt Hfr in a different pen today. Another count on the rejects might find the rest. As far as the feed you said Davis owns the cattle they need to pay the 2990$ for feed. The 3 bales of hay are the ones put in sat. Extra brand inspec is for going back to Montana. Jacob is checking on health. Brand inspec should be 442$ not 698$. I'll give you the diff in yardage. No cattle leave until paid in full.

1/25/17 7:12 AM (Viewed 1/25/17 7:37 AM)

Brandon Webb (7175426985)

I'm sending the reject file to the vet to interstate the back to Montana

1/25/17 7:12 AM (Viewed 1/25/17 7:37 AM)

Brandon Webb (7175426985)

I don't see any reason why we can't load this afternoon if trucks are available

1/25/17 11:45 AM (Viewed 1/25/17 11:46 AM)

Brandon Webb (7175426985)

There is a gentlemen running LEA now... last name Pollard?

1/25/17 11:45 AM (Viewed 1/25/17 11:46 AM)

Brandon Webb (7175426985)

Would you have his contact details?

1/25/17 11:53 AM (Viewed 1/25/17 12:20 PM)

Brandon Webb (7175426985)

Somewhat urgent- we may get the Turks to accept beef certs from LEA at $7.00 instead of $20-25

1/25/17 12:19 PM (Viewed 1/25/17 12:20 PM)

Brandon Webb (7175426985)

Got it from another source.... no worries

1/25/17 12:19 PM (Viewed 1/25/17 12:20 PM)

Brandon Webb (7175426985)

I think we can push it through tomorrow... big savings

1/25/17 3:01 PM

Todd's iPhone (+14357700403)

Jeff I just sent your wire to pay you in full. I will have trucks there around noon tomorrow to load all cattle that are left, my understanding is 296 head. We were right on the deadline for sending that out so you may not receive it until morning. Either way it will be there well before the trucks arrive. Any questions call me. Todd Davis 435-770-0403

1/25/17 4:04 PM

Todd's iPhone (+14357700403)

I have no response from Kvamme. I hope he doesn't screw me up. I wired the 199K to him, he will have it no later than first thing tomorrow.

1/25/17 4:07 PM

Brandon Webb (7175426985)

You said trucks there at noon?

1/25/17 4:07 PM

Todd's iPhone (+14357700403)

Correct

1/25/17 4:08 PM

Brandon Webb (7175426985)

Worst case scenario, his banker can call your banker

1/25/17 4:09 PM

Todd's iPhone (+14357700403)

I'm not worried about the money arriving, the guy is a flake. He might try some other BS deal.

1/25/17 4:13 PM

Brandon Webb (7175426985)

Yardage is all covered through today- he doesn't have anything to say

1/25/17 4:13 PM

Brandon Webb (7175426985)

But I hear you

1/25/17 4:13 PM

Brandon Webb (7175426985)

He's a flake

1/25/17 4:21 PM

Brandon Webb (7175426985)



1/27/17 9:15 AM

Todd's iPhone (+14357700403)

Give me a call

1/27/17 11:43 AM

Todd's iPhone (+14357700403)

Only loaded 291 head in ND, do you have any idea what the F— is going on out there?

1/27/17 11:43 AM (Viewed 1/27/17 11:46 AM)

Brandon Webb (7175426985)

That is horse shit

1/27/17 11:43 AM (Viewed 1/27/17 11:46 AM)

Brandon Webb (7175426985)

Too heavy for the trucks?

1/27/17 11:44 AM (Viewed 1/27/17 11:46 AM)

Brandon Webb (7175426985)

I scanned the rejects

1/27/17 11:44 AM (Viewed 1/27/17 11:46 AM)

Brandon Webb (7175426985)

Have a complete list

1/27/17 11:44 AM (Viewed 1/27/17 11:46 AM)

Brandon Webb (7175426985)

> 300 head and 5 belonged to Kvamme

1/27/17 11:44 AM (Viewed 1/27/17 11:46 AM)

Brandon Webb (7175426985)

> That's 295

1/27/17 11:44 AM (Viewed 1/27/17 11:46 AM)

Brandon Webb (7175426985)

> And he found one

1/27/17 11:44 AM (Viewed 1/27/17 11:46 AM)

Brandon Webb (7175426985)

> 296

1/29/17 2:23 PM (Viewed 1/29/17 2:45 PM)

Brandon Webb (7175426985)

> Call when you can- I have it all resolved, but USCG was attempting to apply Trump's executive order to our Syrian crew and deport them all immediately

1/31/17 8:08 AM (Viewed 1/31/17 8:09 AM)

Brandon Webb (7175426985)

> Customs is finger-printing the entire crew

1/31/17 8:08 AM (Viewed 1/31/17 8:09 AM)

Brandon Webb (7175426985)

> That's one issue that's stopped it all

1/31/17 8:09 AM

Todd's iPhone (+14257700463)

> Keep me posted

1/31/17 12:08 PM (Viewed 1/31/17 12:15 PM)

Brandon Webb (7175426985)

> Email just sent

1/31/17 12:15 PM

Brandon Webb (7175426985)

> Please call me when you can- once I factored the numbers, I have the shortfall to you at $638,000 as of loading with all but 200-250 unsold heifers waiting to be paid for more than two weeks out

1/31/17 12:16 PM

Brandon Webb (7175426985)

> But we need to discuss the exact flow of the money as we have the vessel to consider to unlock all the funds tied up in LC

1/31/17 12:18 PM (Viewed 1/31/17 12:21 PM)

Brandon Webb (7175426985)

> I know this is not your ideal, but it gets everyone out with no losses. As we always have, we are doing our best to make the deal work

1/31/17 12:20 PM (Viewed 1/31/17 12:21 PM)

Brandon Webb (7175426985)

> Also, not factored is the fact we have paid the vet in Montana, deposit on the feed, and security- that took up $100,000 alone with those three items that we intended to wire to you

1/31/17 4:27 PM (Viewed 1/31/17 4:30 PM)

Brandon Webb (7175426985)

> Todd, the situation just got more complex

1/31/17 4:27 PM (Viewed 1/31/17 4:30 PM)

Brandon Webb (7175426985)

> Please call when you can

1/31/17 5:18 PM (Viewed 1/31/17 5:35 PM)

Brandon Webb (7175426985)

> I'll catch you after 6:30.... need to take time and properly work through the scenarios

1/31/17 7:05 PM

Brandon Webb (7175426985)

> Todd, I've worked many different scenarios and I can't see a way where seven figures isn't loss if we back up now. I've called all our money guys and will see from them tomorrow, but if the vessel is arrested, I'm certain it will take days to resolve which is even more demurrage. Let's talk in the morning- I plan to be up most of the night trying to work it out

1/31/17 7:05 PM

Brandon Webb (7175426985)

I'm even considering cancelling this vessel and bringing another in 2-3 weeks

1/31/17 7:06 PM

Todd's iPhone (+14357700403)

Ok I'll call you at 8

1/31/17 7:06 PM

Brandon Webb (7175426985)

But of course feed on board, etc complicates that issue as well

2/1/17 6:19 AM (Viewed 2/1/17 6:28 AM)

Brandon Webb (7175426985)

Give me ten minutes- on the phone with Murat

2/1/17 7:06 AM (Viewed 2/1/17 7:36 AM)

Brandon Webb (7175426985)

One small improvement- the LC's do have a 10% tolerance

2/1/17 7:06 AM (Viewed 2/1/17 7:36 AM)

Brandon Webb (7175426985)

And with the heavier than projected weights, we will get a small bump there

2/1/17 5:38 PM

Todd's iPhone (+14357700403)

Brandon I have people calling saying you have cleared everything and ready to load in the morning. Why???

2/1/17 5:39 PM

Brandon Webb (7175426985)

Not true at all

2/1/17 5:39 PM

Brandon Webb (7175426985)



2/1/17 5:39 PM

Brandon Webb (7175426985)

That's it

2/1/17 5:40 PM

Brandon Webb (7175426985)

Just asked a question

2/1/17 5:40 PM

Brandon Webb (7175426985)

And told people to be on standby in case we are clear

2/1/17 6:24 PM

Todd's iPhone (+14357700403)

Forwarded an email to you so you can see where I was coming from.

2/2/17 7:24 AM

Todd's iPhone (+14357700403)

Received the email, talk in an hour or so to see if L/Cs come in.

2/2/17 7:24 AM (Viewed 2/2/17 7:25 AM)

Brandon Webb (7175426985)

Very good

2/2/17 7:57 AM (Viewed 2/2/17 8:21 AM)

Brandon Webb (7175426985)

Todd

2/2/17 7:57 AM (Viewed 2/2/17 8:21 AM)

Brandon Webb (7175426985)

One buyer opened a $150,000 LC without advising us

2/2/17 7:58 AM (Viewed 2/2/17 8:21 AM)

Brandon Webb (7175426985)

I'm assigning 100% of the LC to you now and with the tolerance that's $165,000

2/2/17 8:01 AM (Viewed 2/2/17 8:21 AM)

Brandon Webb (7175426985)

2/2/17 8:01 AM (Viewed 2/2/17 8:21 AM)

Brandon Webb (7175426985)

2/2/17 8:06 AM (Viewed 2/2/17 8:21 AM)

Brandon Webb (7175426985)

Also, I have Murat confirming the numbers, but when we look at the weight difference, they may be short with the LC payment which is additional cash owed

2/2/17 8:32 AM

Todd's iPhone (+14357700403)

Is this in addition to the others??

2/2/17 8:33 AM

Brandon Webb (7175426985)

Yes

2/2/17 8:33 AM

Brandon Webb (7175426985)

I'm getting your outstanding amount even lower

2/2/17 8:33 AM

Brandon Webb (7175426985)

If all goes well, it would be less than $100,000 by tomorrow

2/2/17 8:34 AM (Viewed 2/2/17 8:36 AM)

Brandon Webb (7175426985)

I'm off to wells right now to assign

2/2/17 10:01 AM (Viewed 2/2/17 10:08 AM)

Brandon Webb (7175426985)

Just emailed you revised numbers

2/2/17 10:01 AM (Viewed 2/2/17 10:08 AM)

Brandon Webb (7175426985)

Also, Paul at T Parker Host has his own agenda. He tries to route all payments through them and demand payment upfront for all

2/2/17 10:02 AM (Viewed 2/2/17 10:08 AM)

Brandon Webb (7175426985)

I've always paid BATA direct and post shipment

2/2/17 10:02 AM (Viewed 2/2/17 10:08 AM)

Brandon Webb (7175426985)

They have been paid $30,000 and that was my agreement with them

2/2/17 10:06 AM (Viewed 2/2/17 10:08 AM)

Brandon Webb (7175426985)

2/2/17 10:30 AM (Viewed 2/2/17 10:35 AM)

Brandon Webb (7175426985)

Just heard that Clayton is paying for the higher cost security company and bringing his vessel in today or tomorrow

2/3/17 8:21 AM (Viewed 2/3/17 8:27 AM)

Brandon Webb (7175426985)

Dara is still with the banker

2/3/17 8:21 AM (Viewed 2/3/17 8:27 AM)

Brandon Webb (7175426985)

Pushing to get it out today

2/3/17 8:55 AM (Viewed 2/3/17 8:59 AM)

Brandon Webb (7175426985)

7:00pm in Turkey... they are still there working after hours to make it happen today

2/3/17 9:36 AM (Viewed 2/3/17 9:48 AM)

Brandon Webb (7175426985)

$227,000 and $110,000 assignments done

2/3/17 10:03 AM (Viewed 2/3/17 10:19 AM)

Brandon Webb (7175426985)

LC is in

2/3/17 10:04 AM (Viewed 2/3/17 10:19 AM)

Brandon Webb (7175426985)

Forwarded to your email

2/3/17 11:14 AM

Brandon Webb (7175426985)



2/3/17 12:00 PM (Viewed 2/3/17 12:01 PM)

Brandon Webb (7175426985)

That's the contact for the insurance company

2/6/17 9:41 AM (Viewed 2/6/17 9:42 AM)

Brandon Webb (7175426985)

Will work on the summary now

2/6/17 9:43 AM

Todd's iPhone (+14357700403)

I also need to know cattle numbers that are left and at what farms. I need to get them out asap.

2/6/17 9:44 AM (Viewed 2/6/17 9:47 AM)

Brandon Webb (7175426985)

Vet is scanning today

2/6/17 9:47 AM

Brandon Webb (7175426985)



2/6/17 4:14 PM

Todd's iPhone (+14357700403)

I never got your summary

2/6/17 4:15 PM

Brandon Webb (7175426985)

Murat is on his way down... will finish it today

2/6/17 4:15 PM

Todd's iPhone (+14357700403)

OK

2/6/17 4:15 PM

Brandon Webb (7175426985)

Trying to finish all for USDA and the insurance company

2/7/17 7:23 AM (Viewed 2/7/17 7:40 AM)

Brandon Webb (7175426985)



2/7/17 7:38 AM (Viewed 2/7/17 7:40 AM)

Brandon Webb (7175426985)

84 Holsteins and 73 beef heifers- have to sort them to see how many are good to travel as a few are lame

2/8/17 7:11 AM

Todd's iPhone (+14357700403)

Give me a call please

2/8/17 7:11 AM

Brandon Webb (7175426985)

On the phone... will call back in five

2/8/17 3:09 PM (Delivered 2/8/17 3:10 PM)

Todd's iPhone (+14357700403)

Did you do that assignment on the $430,000 LC

2/8/17 3:12 PM (Viewed 2/8/17 3:18 PM)

Brandon Webb (7175426985)

It's signed at Wells and done

2/8/17 3:13 PM (Viewed 2/8/17 3:18 PM)

Brandon Webb (7175426985)

Mother is taking to UPS

2/10/17 8:50 AM (Delivered 2/10/17 8:51 AM)

Todd's iPhone (+14357700403)

Never received anything UPS, do you have a tracking number?

2/10/17 8:53 AM

Brandon Webb (7175426985)



2/10/17 8:53 AM

Brandon Webb (7175426985)

Delivered

2/10/17 8:55 AM

Todd's iPhone (+14357700403)

My mistake, I assumed you were sending assignment to me. I see it went to BB&T and they will forward to me.

2/10/17 8:56 AM

Todd's iPhone (+14357700403)

Wire show up from Turkey??

2/10/17 8:56 AM

Brandon Webb (7175426985)

Yes- Wells will forward to you

2/10/17 8:56 AM

Brandon Webb (7175426985)

Unfortunately not-we are giving them one more business day

2/10/17 10:40 AM

Todd's iPhone (+14357700403)

What a joke

2/14/17 10:46 AM

Brandon Webb (7175426985)

1) 167,000 was wired out from Turkey today-Multiple wires scheduled for tomorrow 2) Wells Fargo finally came back to me on the $227,000 LC. "The issuing bank sent the LC through Standard Chartered bank to be further advised to us. We just received the LC yesterday from them and it has been processed and advised today. We will proceed with processing the assignment of proceeds" 3) Working on getting interstates to Utah today or tomorrow morning. My vet just left for Florida and need to find another 4) Holstein buyer claims the process of moving quicker now with the bank

2/17/17 8:22 AM (Viewed 2/17/17 8:25 AM)

Brandon Webb (7175426985)

Was inside the bank. Seems we are getting our bills of lading today to clear the letters of credit

2/18/17 1:06 PM (Viewed 2/18/17 1:18 PM)

Brandon Webb (7175426985)

Todd, on a plane to Turkey. Just have wifi and can message

2/18/17 1:08 PM (Viewed 2/18/17 1:18 PM)

Brandon Webb (7175426985)

Docs submitted to the banks yesterday- BB&T and Wells Fargo will forward on Monday on approval basis. Funds should be cleared by Thursday/ Friday

2/18/17 1:09 PM (Viewed 2/18/17 1:18 PM)

Brandon Webb (7175426985)

Offer on the leftover heifers was $1.06 to take everything that wasn't lame. Another buyer came in today and should offer more.

2/18/17 1:44 PM (Delivered 2/18/17 1:45 PM)

Todd's iPhone (+14357700403)

What problems now??

2/18/17 1:49 PM

Brandon Webb (7175426985)

Just flying docs to Turkey so we don't delay discharge

2/18/17 1:50 PM

Todd's iPhone (+14357700403)

Everything cleared up with the vessel??

2/18/17 1:50 PM (Viewed 2/18/17 1:55 PM)

Brandon Webb (7175426985)

Trying to keep it all on track- last thing we need is more demurrage. Now just discharging in Izmir to shave two days off

2/18/17 1:50 PM (Viewed 2/18/17 1:55 PM)

Brandon Webb (7175426985)

We have another wire going straight from Turkey to their account in Tunisia on Monday

2/18/17 1:50 PM (Viewed 2/18/17 1:55 PM)

Brandon Webb (7175426985)

That will finish them

2/19/17 6:49 AM

Todd's iPhone (+14357700403)

If all is good why is the ship still sitting where she took on fuel??

2/19/17 8:07 AM (Viewed 2/19/17 8:18 AM)

Brandon Webb (7175426985)

She just got bunker today after getting additional hay in Spain- will sail tomorrow morning. They want to see the SWIFT out of Turkey tomorrow morning

2/19/17 10:08 AM

Todd's iPhone (+14357700403)

So the owner is holding the ship up again till tomorrow when he can confirm the money???

2/19/17 10:09 AM

Brandon Webb (7175426985)

He has no contractual standing to do it, but that's what he is doing.

2/19/17 10:09 AM

Todd's iPhone (+14357700403)

Unbelievable

2/19/17 10:10 AM

Brandon Webb (7175426985)

Cattle are fine though- just one mortality

2/19/17 10:12 AM

Todd's iPhone (+14357700403)

But you have submitted ALL documentation necessary to the banks?? And what about the rest of the cash??

2/19/17 10:12 AM

Brandon Webb (7175426985)

Yes- They released the original bills of lading for the letters of credit

2/19/17 10:12 AM

Brandon Webb (7175426985)

What I submitted on Friday

2/19/17 10:13 AM

Brandon Webb (7175426985)

They are holding the bills of lading for the cash buyers until paid in full

2/19/17 10:13 AM

Brandon Webb (7175426985)

Which, if all goes as planned, will be cleared tomorrow

2/20/17 11:34 AM

Todd's iPhone (+14357700403)

Call me

2/21/17 7:50 AM (Viewed 2/21/17 7:51 AM)

Brandon Webb (7175426985)

Todd, whatever is owed is owed and you will be paid in full. That has never been nor will it ever be in question. The situation has been difficult in Turkey for weeks and as you can see, almost all buyers have been delayed with LC openings and payments. I can detail all in an email, but at this stage I'm reliant on buyers in Turkey. They will perform. It's just a matter of when.

2/21/17 7:52 AM

Todd's iPhone (+14357700403)

Hard for me to honor my commitments on an if and when

2/21/17 7:57 AM

Todd's iPhone (+14357700403)

This deal has totally screwed up numerous other deals including a real estate deal that was supposed to close on February 1. There has not been one aspect of this that has happened as promised.

2/21/17 8:05 AM (Viewed 2/21/17 11:02 AM)

Brandon Webb (7175426985)

I am sorry for that- we have never had a deal in Turkey with buyers walking away from contracts, delayed payments, etc. At this stage, we are doing our best to keep the shipment on track and satisfy the outstanding debts as quickly as possible

2/22/17 8:56 PM

Todd's iPhone (+14357700403)

What's going on with the vessel? It's showing "vessel not under command"

2/23/17 8:47 AM

Todd's iPhone (+14357700403)

Call me

2/23/17 10:32 PM

Todd's iPhone (+14357700403)

I've tried calling you for 2 days would you please answer

2/23/17 10:33 PM (Viewed 2/23/17 10:34 PM)

Brandon Webb (7175426985)

On a plane again. Can message and will be on the ground in about one hour

2/23/17 10:35 PM

Brandon Webb (7175426985)

Vessel still on track for arrival Sunday/ Monday. Apparently, when it's out of satellite range, there are times when they post "not under command"

2/23/17 10:36 PM (Viewed 2/23/17 10:37 PM)

Brandon Webb (7175426985)

Banks are processing LC docs today- should be sending SWIFTS to BB&T and Wells Fargo today by COB

2/23/17 10:37 PM

Brandon Webb (7175426985)

Will keep you posted on that front

2/23/17 10:37 PM

Todd's iPhone (+14357700403)

What about the damage to the ship from the anchor. And my understanding is they are running out of feed

2/23/17 10:38 PM

Brandon Webb (7175426985)

Out of feed on Monday

2/23/17 10:39 PM (Delivered 2/23/17 10:40 PM)

Todd's iPhone (+14357700403)

We need to talk, I will call you at 6 AM my time

2/23/17 10:40 PM

Brandon Webb (7175426985)

Why we are pushing everyone to clear LC docs today to avoid any delays with customs

2/23/17 10:41 PM

Brandon Webb (7175426985)

My understanding is that there was a small puncture, but it's been repaired fully

2/23/17 10:41 PM

Brandon Webb (7175426985)

Vessel sailing at 12-13 knots

2/28/17 6:59 AM

Todd's iPhone (+14357700403)

Call me ASAP

3/1/17 7:32 AM

Brandon Webb (7175426985)

Sorry, I can't talk right now.

3/1/17 7:33 AM (Viewed 3/1/17 7:53 AM)

Brandon Webb (7175426985)

Still at the bank

3/1/17 12:42 PM

Todd's iPhone (+14357700403)

Update????

3/1/17 8:49 PM (Delivered 3/1/17 8:51 PM)

Todd's iPhone (+14357700403)

Call me

3/1/17 10:36 PM (Viewed 3/2/17 6:10 AM)

Brandon Webb (7175426985)

Driving now to meet with the vessel owner- I provided the SWIFT yesterday documenting the transfer was executed on the 28th and they still refused to move the vessel. I have to believe funds will be in the account this morning

3/1/17 10:38 PM (Viewed 3/2/17 6:10 AM)

Brandon Webb (7175426985)

Just messaged the stockman- still feed on board

3/2/17 3:51 AM (Viewed 3/2/17 6:10 AM)

Brandon Webb (7175426985)



3/2/17 1:11 PM

Todd's iPhone (+14357700403)

Ship in??

3/2/17 1:12 PM

Brandon Webb (7175426985)

With the captain now

3/2/17 1:12 PM

Brandon Webb (7175426985)

And Turkish customs

3/2/17 1:12 PM

Brandon Webb (7175426985)

Going through formalities

3/2/17 1:12 PM

Todd's iPhone (+14357700403)

Have you seen cattle??

3/2/17 9:56 PM

Todd's iPhone (+14357700403)

How did cattle look?? Updates???

3/2/17 11:27 PM (Viewed 3/3/17 5:48 AM)

Brandon Webb (7175426985)

Didn't get back to the hotel until 4:00am last night. Cattle are in excellent condition and that is the opinion of the customers and not just me

3/2/17 11:28 PM (Viewed 3/3/17 5:48 AM)

Brandon Webb (7175426985)

Typically Mike- pushed hard to have everything perfect and exaggerates small issues. I appreciate him wanting all to be perfect, but he needs to control his emotions more to avoid the drama with the insurance company, etc

3/2/17 11:29 PM (Viewed 3/3/17 5:48 AM)

Brandon Webb (7175426985)

Auditor for the insurance company had no real complaints- just some of the fresh heifers that are very thin

3/5/17 9:34 AM

Todd's iPhone (+14357700403)

Call me

3/5/17 9:34 AM

Todd's iPhone (+14357700403)

I've tried to reach you for two days

3/5/17 9:38 AM (Viewed 3/5/17 9:39 AM)

Brandon Webb (7175426985)

Didn't see your missed calls? With a client now.... will call will wrapped with them

3/5/17 9:39 AM

Todd's iPhone (+14357700403)

Ok

3/6/17 7:21 AM

Todd's iPhone (+14357700403)

Still waiting for that phone call

3/6/17 7:38 AM

Todd's iPhone (+14357700403)

Brandon I need an accounting of where the rest of my money is coming from. I still have not received the 2 largest L/Cs which account for a significant portion of it. You have said numerous times the last several days you were going to check on them. I believe it was last Thursday you said you were in the bank taking care of the $850K L/C and would send me a copy of the swift code confirming that. As you are aware I only received a portion of one cash payment out of several that you led me to believe were coming my way to get me to release cattle for loading. I demand that you follow through with these commitments immediately or I will take legal action to secure my position on this. I have been in contact with Embassy staff about lodging a formal complaint with Turkish authorities over this. I look forward to hearing from you...

3/6/17 7:52 AM

Brandon Webb (7175426985)

Todd, I will contact Wells Fargo today, but absolutely operations at Garanti Bank released payment for the 555 head. I requested a SWIFT but was not provided. Additionally, the TARIMAS payment was released. The process of changing buyer permits (from buyers that can't pay to buyers that can pay) has become more complex than we thought- Murat is at the Ministry resolving.

3/6/17 7:53 AM

Brandon Webb (7175426985)

Murat and I have been very focused on solving the issues at hand and safely discharging the cattle

3/6/17 7:54 AM

Brandon Webb (7175426985)

My apologies for not being more responsive, but it's been 20 hour days

3/6/17 7:56 AM

Todd's iPhone (+14357700403)
What about $430K Dara

3/6/17 7:59 AM

Todd's iPhone (+14357700403)
I work many long days and still find plenty of time to make 5 minute phone calls when needed.

3/6/17 8:02 AM

Brandon Webb (7175426985)
The $430 is one issue getting resolved. We have approximately 2000 discharged and 1100 on board to be discharged tomorrow. We were told all these issues were resolved inside the Ministry at load out

3/6/17 8:02 AM

Todd's iPhone (+14357700403)
What is the issue??

3/6/17 8:03 AM

Brandon Webb (7175426985)
Lidersan is buying 200 head- buyer sent $75,000 and couldn't come up with balance

3/6/17 8:03 AM

Todd's iPhone (+14357700403)
And is there more demurrage for the ship sitting in port waiting

3/6/17 8:08 AM

Brandon Webb (7175426985)
Erdas has the permit for 450 head- Dara was intending to use the same farm in order to purchase 300 from the 450. The Ministry has yet to issue his permit despite it being promised weeks ago. Two other buyers had slight differences in breed count (bought 100 Red Angus and 100 Charolais) instead of 200 Charolais. Again, should be a simple change and one we made many times in the Ministry. But, somehow, it's been a fight this shipment

3/6/17 8:08 AM

Brandon Webb (7175426985)
Right now, I have 40 angry truck drivers and need to get feed delivered tomorrow morning

3/6/17 8:09 AM

Brandon Webb (7175426985)
Vessel owner is being somewhat flexible

3/6/17 5:22 PM

Todd's iPhone (+14357700403)
Still nothing on L/C

3/6/17 9:21 PM

Todd's iPhone (+14357700403)
Are you making any progress????

3/6/17 9:41 PM (Viewed 3/7/17 6:02 AM)

Brandon Webb (7175426985)
Murat claims this morning they make their final decisions and we start discharge of the final animals around noon

3/7/17 6:06 AM

Todd's iPhone (+14357700403)
Please give me a call

3/7/17 6:12 AM

Brandon Webb (7175426985)
On a conference with embassy staff

3/7/17 6:26 AM

Todd's iPhone (+14357700403)
Then call me when you are done. You told me the funds on the $850 L/C were released and I have received nothing

3/7/17 6:27 AM

Brandon Webb (7175426985)
BB&T emailed and is updating this morning

3/7/17 6:28 AM

Todd's iPhone (+14357700403)
If it has been signed off what is there to update??!

3/7/17 6:31 AM (Viewed 3/7/17 6:32 PM)

Brandon Webb (7175426985)

No- manager was checking on the status of the funds and why they haven't been forwarded to your account

3/7/17 6:32 AM

Todd's iPhone (+14357700403)

Let me know

3/7/17 8:34 AM (Viewed 3/7/17 8:40 AM)

Brandon Webb (7175426985)

My apologies..... Curtis received a msg authorizing us to claim reimbursement. He claimed reimbursement on Friday with a value date of 3/7/17. Funds should be here today but sometimes the payment don't come until after we have left and it's processed the next day. I will keep you posted.

3/7/17 8:34 AM (Viewed 3/7/17 8:40 AM)

Brandon Webb (7175426985)

From BB&T on the 555 head

3/7/17 8:35 AM (Viewed 3/7/17 8:40 AM)

Brandon Webb (7175426985)

I don't know what they mean by "value date" and why that is days after clearing

3/7/17 8:35 AM (Viewed 3/7/17 8:40 AM)

Brandon Webb (7175426985)

I will ask them to clarify

3/7/17 10:18 AM

Todd's iPhone (+14357700403)

I need the-name to check on air freight to Russia

3/7/17 10:19 AM

Brandon Webb (7175426985)

Freight forwarder?

3/7/17 10:19 AM

Todd's iPhone (+14357700403)

I need a quote on freight

3/7/17 10:35 AM (Viewed 3/7/17 10:36 PM)

Brandon Webb (7175426985)

Geoffrey M. Robinson President Sea Air International Forwarders Tel: 905-677-7701 Toll Free: 1-800-208-9409 Fax: 905-677-3279 Email: robinson@seaair.ca

3/7/17 10:35 AM (Viewed 3/7/17 10:36 AM)

Brandon Webb (7175426985)

I think the brothers in ND can get the most competitive rates

3/7/17 10:35 AM (Viewed 3/7/17 10:36 AM)

Brandon Webb (7175426985)

But I would start with Geoff

3/8/17 7:12 AM (Delivered 3/8/17 7:13 AM)

Todd's iPhone (+14357700403)

Call me

3/8/17 1:54 PM

Todd's iPhone (+14357700403)

Nothing today from BB and T we need to find out what is going on

3/9/17 6:37 AM (Viewed 3/9/17 7:12 AM)

Brandon Webb (7175426985)

Did you see my email concerning BB&T? I can't explain why they didn't automatically deduct the fees as Wells did, but for some reason they require the letter I drafted on your letterhead

3/9/17 9:04 AM (Delivered 3/9/17 9:05 AM)

Todd's iPhone (+14357700403)

Signed letter and sent to Sutter at BB&T

3/9/17 9:15 AM

Brandon Webb (7175426985)

He should be able to provide a SWIFT confirmation today

3/9/17 9:15 AM

Todd's iPhone (+14357700403)

Ok

3/10/17 7:30 PM

Todd's iPhone (+14357700403)

Tried to reach you, any updates? Spreadsheet??

3/13/17 9:16 AM

Brandon Webb (7175426985)

Sorry, I can't talk right now.

3/13/17 9:16 AM

Brandon Webb (7175426985)

Give me just ten minutes

3/13/17 9:17 AM

Todd's iPhone (+14357700403)

Ok call me back

3/13/17 9:17 AM

Brandon Webb (7175426985)

Need to get to the port quickly

3/15/17 11:29 AM

Brandon Webb (7175426985)

Just got the green light to discharge the 350 head

3/15/17 11:29 AM

Todd's iPhone (+14357700403)

Ok

3/15/17 11:30 AM (Viewed 3/15/17 11:39 AM)

Brandon Webb (7175426985)

Going to the port now- in short, if we transfer the $230,000 today, the vessel goes to Abhazya. If not, cattle discharge under customs tomorrow.

3/15/17 11:31 AM (Viewed 3/15/17 11:39 AM)

Brandon Webb (7175426985)

Murat hasn't been able to reach the Holstein buyer this evening about payments next week regardless of the status of his line of credit

3/15/17 11:31 AM (Viewed 3/15/17 11:39 AM)

Brandon Webb (7175426985)

Will keep trying

3/15/17 11:31 AM (Viewed 3/15/17 11:39 AM)

Brandon Webb (7175426985)

Let me get discharge started and we will talk

3/15/17 11:38 AM (Viewed 3/15/17 11:39 AM)

Brandon Webb (7175426985)

On another note, I just quoted 5000 of Holsteins assuming $1700 standing in Utah. Should be safe?

3/15/17 11:39 AM

Brandon Webb (7175426985)

September delivery

3/15/17 2:45 PM

Todd's iPhone (+14357700403)

Call you in 10

3/15/17 2:46 PM

Brandon Webb (7175426985)

No worries

3/16/17 5:43 AM (Viewed 3/16/17 5:44 AM)

Brandon Webb (7175426985)

Morning Todd

3/16/17 5:44 AM (Viewed 3/16/17 5:48 AM)

Brandon Webb (7175426985)

Just finished with customs and the attorney we hired here

3/16/17 5:45 AM (Viewed 3/16/17 5:48 AM)

Brandon Webb (7175426985)

Option 1: We refuse acceptance of the cargo. Customs seizes the cargo and send to slaughter immediately. Owners receive no compensation for the cattle Option 2: We refuse acceptance of the cargo. Custom refuses to accept the cattle and the cattle must leave Izmir Port to another country Option 3: We accept the cattle under customs. We pay the import tax of 7.8% and the cattle are transferred to the farms of the original buyers. Cattle are fed and customs makes a decision at a later date when the heifers will be slaughtered and if they will compensate the importer for feed or not. Tax is refunded when heifers are slaughtered. No guaranteed compensation for the cattle The only option for Turkey is we choose option 3 and then take it to court immediately. Murat says there is precedence and that others (2-3 examples) have solved their issues with customs post-discharge. The other issue becomes the customs process may take 2-3 days which is additional demurrage

3/16/17 5:46 AM (Viewed 3/16/17 5:48 AM)

Brandon Webb (7175426985)

I'm not any more positive about the options here in Turkey than I was yesterday

3/16/17 5:46 AM (Viewed 3/16/17 5:48 AM)

Brandon Webb (7175426985)

In fact, now that I know it will take days to clear customs, I am more negative

3/16/17 5:48 AM (Viewed 3/16/17 5:49 AM)

Brandon Webb (7175426985)

Abhazya has cleared the shipment if that option is necessary

3/16/17 8:30 AM (Viewed 3/16/17 8:31 AM)

Brandon Webb (7175426985)

Any word from the banker?

3/16/17 8:31 AM

Todd's iPhone (+14357700403)

Still waiting for his call

3/16/17 8:31 AM

Brandon Webb (7175426985)

Ok

3/16/17 11:33 PM (Viewed 3/17/17 5:02 AM)

Brandon Webb (7175426985)

Asleep?

3/16/17 11:33 PM (Viewed 3/17/17 5:02 AM)

Brandon Webb (7175426985)

I just woke?

3/17/17 5:33 AM

Brandon Webb (7175426985)

Small update I need to discuss when you have time

3/17/17 10:43 AM (Viewed 3/17/17 11:03 AM)

Brandon Webb (7175426985)

Todd, Murat met with a buyer this afternoon that we may talk into making a cash deposit next week on a shipment-either from the US or South Brazil. Can't promise but we are working

3/17/17 10:44 AM (Viewed 3/17/17 11:03 AM)

Brandon Webb (7175426985)

It's 7:45pm here and the vessel needs to sail before midnight

3/17/17 10:45 AM (Viewed 3/17/17 11:03 AM)

Brandon Webb (7175426985)

Unfortunately, I'm pushing the vessel owner to sail without payment so we have more time, but they are resisting. They are pushing me to see a wire confirmation for $230,000 before setting sail to Abhazya

3/17/17 1:11 PM (Viewed 3/17/17 1:12 PM)

Brandon Webb (7175426985)



3/17/17 1:11 PM (Viewed 3/17/17 1:12 PM)

Brandon Webb (7175426985)

Will get an email

3/17/17 1:12 PM

Brandon Webb (7175426985)



3/17/17 1:12 PM

Brandon Webb (7175426985)

I requested- haven't received

3/17/17 1:38 PM

Brandon Webb (7175426985)

Just sent you an email

3/17/17 1:39 PM (Viewed 3/17/17 1:41 PM)

Brandon Webb (7175426985)



3/17/17 1:40 PM (Viewed 3/17/17 1:41 PM)

Brandon Webb (7175426985)

As you can see, they agreed but they are hard nosed about any delay.

3/17/17 1:40 PM (Viewed 3/17/17 1:41 PM)

Brandon Webb (7175426985)

Bastards

3/17/17 3:10 PM

Brandon Webb (7175426985)

Ali called ready to sail at 1:00.... if you don't send the funds, send a gun so I can highjack the vessel and finish this

3/17/17 3:29 PM

Todd's iPhone (+14357700403)

Justin is sending the wire now. This better work out or I guarantee heads will roll

3/17/17 3:30 PM

Brandon Webb (7175426985)

Understood

3/17/17 3:30 PM

Brandon Webb (7175426985)

And many thanks

3/17/17 3:30 PM

Brandon Webb (7175426985)

You are covered on the Holstein payments and 350 beef heifers

3/17/17 3:31 PM

Brandon Webb (7175426985)

We will make you whole and will make certain better business comes your way

3/17/17 3:31 PM

Todd's iPhone (+14357700403)

I still expect a profit from this deal to come my way

3/17/17 3:32 PM (Viewed 3/17/17 3:45 PM)

Brandon Webb (7175426985)

Yes- I know

3/17/17 5:26 PM (Viewed 3/17/17 5:27 PM)

Brandon Webb (7175426985)



Brandon Webb (7175426985)

Sailing at 12.2 knots

3/17/17 5:26 PM (Viewed 3/17/17 5:27 PM)

3/17/17 5:34 PM

Todd's iPhone (+14357700403)

That's all the paperwork I have on the wire. If that's not good enough tell him to get screwed

3/24/17 6:57 AM

Todd's iPhone (+14357700403)

Call me

3/27/17 7:21 AM

Todd's iPhone (+14357700403)

Call me

3/29/17 12:20 PM (Viewed 3/29/17 12:21 PM)

Brandon Webb (7175426985)

Todd, messages just came through

3/29/17 12:21 PM

Brandon Webb (7175426985)

Will call when I'm done here- still trying to negotiate my way past Georgian immigration

3/29/17 12:21 PM

Todd's iPhone (+14357700403)

Ok

3/29/17 12:22 PM

Todd's iPhone (+14357700403)

Good luck

3/29/17 12:22 PM

Brandon Webb (7175426985)

You wouldn't believe

3/29/17 3:01 PM

Todd's iPhone (+14357700403)

???

3/29/17 3:02 PM

Brandon Webb (7175426985)

Still here

3/29/17 3:02 PM

Brandon Webb (7175426985)



3/29/17 3:02 PM

Todd's iPhone (+14357700403)

Maybe it's a nice place to live

3/29/17 3:03 PM

Brandon Webb (7175426985)

I keep asking them to just deport me... I can't go back to Abhazya and I can't stay here

3/29/17 3:03 PM

Brandon Webb (7175426985)

So just arrest me and deport me back to the US or Turkey

3/29/17 3:04 PM

Todd's iPhone (+14357700403)

Hopefully you will get it resolved soon

3/29/17 3:04 PM (Viewed 3/29/17 3:05 PM)

Brandon Webb (7175426985)

Embassy hasn't been much help, but they keep telling me I will catch my flight back to Istanbul tomorrow at 11:00am

3/29/17 3:05 PM (Viewed 3/29/17 3:06 PM)

Brandon Webb (7175426985)

I spoke to Murat this morning about Saklibahce... told him to get an update. I didn't hear back, but I was out of service for much of the afternoon

3/30/17 8:05 AM (Viewed 3/30/17 8:51 AM)

Brandon Webb (7175426985)

Just got out... detained over 20 hours. Making calls to Turkey now

3/30/17 8:52 AM

Todd's iPhone (+14357700403)

Ok give me an update before the day is over please

4/4/17 7:36 AM (Viewed 4/4/17 7:37 AM)

Brandon Webb (7175426985)

Sorry, I can't talk right now.

4/4/17 7:37 AM

Todd's iPhone (+14357700403)

Call me

4/4/17 7:37 AM

Brandon Webb (7175426985)

Will call when out of the meeting here

4/5/17 7:28 AM

Todd's iPhone (+14357700403)

I'm still waiting for that call back when you get out of the meeting

4/6/17 10:36 AM

Todd's iPhone (+14357700403)

Hope you made it home safely. My absolute drop dead date for the Holstein money from Turkey is the 21st of April that is when my extension on my note is due. You need to find a way to make it happen.

4/6/17 10:39 AM (Viewed 4/6/17 10:42 AM)

Brandon Webb (7175426985)

Ok

4/6/17 10:39 AM (Viewed 4/6/17 10:42 AM)

Brandon Webb (7175426985)

I will call Murat right now

4/6/17 11:35 AM (Viewed 4/6/17 11:47 AM)

Brandon Webb (7175426985)

He's pressing Saklibahce and we may be signing a contract for 4,000 heifers out of Brazil and doing so next week- they will pay cash and will make a 20% deposit. If they send, we can forward directly to you

4/11/17 7:59 AM (Viewed 4/11/17 8:02 AM)

Brandon Webb (7175426985)

Will call back soon

4/11/17 7:59 AM (Viewed 4/11/17 8:02 AM)

Brandon Webb (7175426985)

On the phone at the moment

4/11/17 11:47 AM

Todd's iPhone (+14357700403)

Call me

4/18/17 9:07 AM (Viewed 4/18/17 9:20 AM)

Brandon Webb (7175426985)

Did you have to test for bluetongue when exporting to Egypt? If so, did they accept PCR?

4/18/17 9:20 AM

Todd's iPhone (+14357700403)

No we did not test for BT

4/18/17 9:20 AM

Brandon Webb (7175426985)

Ok

4/18/17 9:21 AM

Todd's iPhone (+14357700403)

Any updates??

4/18/17 9:21 AM (Viewed 4/18/17 9:22 AM)

Brandon Webb (7175426985)

Murat didn't have wifi on the flight yesterday- was calling Saklibahce this morning

4/18/17 9:22 AM

Todd's iPhone (+14357700403)

Let me know

4/19/17 9:14 AM (Delivered 4/19/17 9:15 AM)

Todd's iPhone (+14357700403)

Any updates??

4/19/17 9:15 AM

Todd's iPhone (+14357700403)

I have 2 days

4/19/17 9:19 AM

Todd's iPhone (+14357700403)

It's becoming quite apparent that once again something that is supposed to happen concerning payment is not going to happen. I'm beginning to think that this whole thing with the bank supposedly having everything approved just waiting for this or that does not seem to be happening. It's been close to a month.

4/19/17 10:10 AM (Viewed 4/19/17 11:22 AM)

Brandon Webb (7175426985)

Murat has messaged him and he hasn't responded- we know he's at his property in Van which is an isolated area

4/19/17 10:11 AM (Viewed 4/19/17 11:22 AM)

Brandon Webb (7175426985)

We will continue to chase him and are working on other angles

4/19/17 10:12 AM (Viewed 4/19/17 11:22 AM)

Brandon Webb (7175426985)

Mert Ozer (LC buyer that bought 228 head last shipment) visited Abhazya this weekend and has agreed to buy all 450 head there and for cash

4/19/17 10:12 AM (Viewed 4/19/17 11:22 AM)

Brandon Webb (7175426985)

So it seems we will collect that amount sooner than expected

4/20/17 6:44 PM

Todd's iPhone (+14357700403)

Saklinahci?????

4/20/17 6:44 PM

Todd's iPhone (+14357700403)

Saklinahci

4/20/17 6:45 PM

Todd's iPhone (+14357700403)

You know what I mean

4/20/17 6:45 PM

Brandon Webb (7175426985)

Yes

4/20/17 6:46 PM

Todd's iPhone (+14357700403)

Any word?? My extension is up tomorrow!

4/20/17 6:46 PM

Brandon Webb (7175426985)

I spoke to Murat this evening- the last he heard from them was on Tuesday and they had one additional document requested

4/20/17 6:46 PM

Brandon Webb (7175426985)
They submitted immediately

4/20/17 6:48 PM

Todd's iPhone (+14357700403)
Doesn't do me much good when it's do tomorrow.

4/20/17 6:48 PM (Viewed 4/20/17 6:49 PM)

Brandon Webb (7175426985)
We told them earlier in the week you would be taking legal action against Royal Atlantic if not resolved tomorrow and we in turn would take legal action against them

4/20/17 6:49 PM

Brandon Webb (7175426985)
They are pushing hard- let's talk in the morning. Murat will be moving around 7:00-7:30 EST

4/20/17 6:50 PM

Todd's iPhone (+14357700403)
Ok

4/21/17 5:42 PM

Todd's iPhone (+14357700403)
Any word from Murat?? You said you would call him.

4/22/17 8:08 AM (Viewed 4/22/17 8:11 AM)

Brandon Webb (7175426985)
I did- was with the Egyptian all afternoon and until late evening

4/22/17 8:08 AM (Viewed 4/22/17 8:11 AM)

Brandon Webb (7175426985)
Same report as before- they feel it must be any day at this stage

4/26/17 6:10 AM (Viewed 4/26/17 6:11 AM)

Brandon Webb (7175426985)
Morning Todd, Murat couldn't reach Saklibahce yesterday or yet this morning. He may be in eastern Turkey still with spotty service

4/26/17 6:10 AM (Viewed 4/26/17 6:11 AM)

Brandon Webb (7175426985)
Murat will keep trying him throughout today

4/26/17 6:11 AM

Todd's iPhone (+14357700403)
Ok

4/29/17 7:31 AM

Brandon Webb (7175426985)
Todd, morning

4/29/17 7:31 AM

Brandon Webb (7175426985)
Just at a breakfast meeting

4/29/17 7:31 AM

Brandon Webb (7175426985)
Let me finish here and give you a call if that's ok

4/29/17 7:31 AM

Todd's iPhone (+14357700403)
Ok

4/29/17 11:45 AM

Brandon Webb (7175426985)
Saklibahce called yesterday and said the process with the bank is 100% complete and approved

4/29/17 11:46 AM

Brandon Webb (7175426985)
Assumes the credit has to be in place any day

4/29/17 11:46 AM

Todd's iPhone (+14357700403)
I guess we will see what happens

5/1/17 10:29 AM (Viewed 5/1/17 10:30 AM)

Brandon Webb (7175426985)
Banks are closed today in Turkey

5/1/17 10:29 AM (Viewed 5/1/17 10:30 AM)

Brandon Webb (7175426985)
No answers today

5/1/17 10:31 AM

Todd's iPhone (+14357700403)
Great

5/1/17 10:32 AM

Brandon Webb (7175426985)
May 1st... yet another holiday for the world

5/2/17 2:25 PM

Todd's iPhone (+14357700403)
Any word?? This is getting ridiculous!!

5/3/17 8:59 AM (Viewed 5/3/17 9:01 AM)

Brandon Webb (7175426985)
Murat couldn't reach him yesterday and called twice this morning- will keep trying Saklibahce throughout the day

5/5/17 10:01 AM (Viewed 5/5/17 10:02 AM)

Brandon Webb (7175426985)
On the phone with Kate Bowers

5/5/17 10:02 AM

Todd's iPhone (+14357700403)
Call me back

5/11/17 2:25 PM (Viewed 5/11/17 2:26 PM)

Brandon Webb (7175426985)
I'm trying to call, but it won't go through

5/11/17 2:25 PM (Viewed 5/11/17 2:26 PM)

Brandon Webb (7175426985)
Please try to call me again

5/11/17 2:26 PM (Viewed 5/11/17 2:27 PM)

Brandon Webb (7175426985)
Maybe I have an issue with outgoing calls

5/11/17 2:28 PM

Todd's iPhone (+14357700403)
I'm going to voicemail

5/12/17 7:57 AM (Viewed 5/12/17 8:21 AM)

Brandon Webb (7175426985)
Todd, good morning. I spoke to Murat last night and advised him of the criticalness of incoming payments as soon as possible. I proposed the following steps: 1) After his meeting with Saklibahce on Sunday, his office should provide a letter stating the exact date the balance in full will be paid. Additionally, they should state their acceptance of a penalty of $5,000/ week if payment is executed after the guaranteed date. 2) We have buyers willing to make cash deposits for pregnant heifers from Uruguay- we will package the Turkish inventory of 350 head with these offerings at one average price in order to obtain cash as quickly as possible. 3) Murat will travel to Abhazia once Turkish contracts are signed in order to push for that transaction to be finalized. Also, as discussed, the mining company from Izmir is going back to Abhazia to negotiate the land/ tax agreement with the government there that would allow them to purchase our cattle and another 4,000

5/12/17 8:22 AM

Todd's iPhone (+14357700403)
Keep me posted

5/15/17 7:04 AM

Todd's iPhone (+14357700403)
What was the outcome of Murat's meeting yesterday??

5/15/17 7:37 AM (Viewed 5/15/17 7:38 AM)

Brandon Webb (7175426985)

Unfortunately, Murat had to fly to Lebanon to arrange with a vessel owner- he spoke to Saklibahce over the phone and explained the immediate need for a letter and a meeting when Murat returns to Istanbul on Wednesday

5/15/17 7:47 AM

Todd's iPhone (+14357700403)

I'm getting sick of this bullshit, A different story every time we communicate. If we do not get that payment this week and some type of guarantee on the balance I'm going to take action. I can assure you that I can make it difficult for you to do business in the US. Not to mention that I will absolutely NOT be involved in any future dealings with you. It's your call.

5/15/17 7:50 AM

Brandon Webb (7175426985)

Todd, we are pushing to solve the current outstanding balances

5/15/17 7:52 AM

Brandon Webb (7175426985)

By pushing Saklibahce and the others, but also by securing contracts that are with cash deposits

5/15/17 7:53 AM

Todd's iPhone (+14357700403)

Brandon I have been more than accommodating in this deal, not to mention putting up the additional $230K to salvage the deal on the 450 head. You and I both know you had not one person willing to help you on this and I did!! I still think I have been mislead from the beginning about the financial arrangements on this shipment and still committed a huge amount of cash to help you make it work. It's time to make it right!!!!

5/15/17 7:54 AM

Todd's iPhone (+14357700403)

This week!

5/15/17 8:03 AM (Viewed 5/15/17 8:12 AM)

Brandon Webb (7175426985)

Todd, both Murat and I have been evicted from our homes and office in NY. We aren't holding back a single dollar. These bastards in Turkey are killing us with the delays

5/16/17 5:24 PM

Todd's iPhone (+14357700403)

I just spoke with them. Here's the specific problem. They were depending on the funds to close on a home. When they didn't come (earlier) they were able to obtain an extension to May 15th (so now they are out of contract too). They have $100k earnest money at risk and the seller of the home wants a $25k penalty to go back under contract and close within the time you've requested. So they are already "out" $25k chasing their $100k. So they basically said they need all of the $400k now or they'll extend you for 10 days for $25k to repay them for the penalty caused by the delay. This is such a domino affect in so many directions. Let me know what you'd like me to tell them.

5/16/17 5:25 PM

Todd's iPhone (+14357700403)

This is the kind of problems this deal is causing me!

5/16/17 5:28 PM

Brandon Webb (7175426985)

Let me ask Murat if Saklibahce can send a partial payment this week from his own cash flow regardless of what happens with the bank

5/16/17 5:28 PM

Brandon Webb (7175426985)

I hate to do it- I want to keep insisting on paying in full

5/16/17 5:28 PM

Brandon Webb (7175426985)

But if he can send something, he should

5/16/17 5:30 PM

Todd's iPhone (+14357700403)

My problem is I pay tomorrow or pay the 25K

5/16/17 5:34 PM (Viewed 5/16/17 5:36 PM)

Brandon Webb (7175426985)

I forwarded to Murat and keep the pressure on

5/16/17 5:36 PM

Todd's iPhone (+14357700403)

Ok

5/17/17 10:47 AM

Todd's iPhone (+14357700403)

Did Murat meet with Saklibahce? You indicated he would attempt to do so today.