# Exhibit B

# Budget for Holsteins

Brandon Webb [lianimalhealth@gmail.com]

Sent: 12/5/2016 6:56 AM

To: "Todd Davis" <todd@davislivestock.com>, "Justin Gish" <justin@davislivestock.com>

Todd,

Attached is the budget for the 650 Holsteins we have contracted. Beef budget to follow in the coming days.

Currently, it appears we will need to start isolations around the 10-12th of December with the vessel scheduled to arrive between the 10-15th of January.

Best regards,
Brandon

Attachments: Zad_Budget_January_Holstein.xlsx

Copyright © 2003-2017. All rights reserved.

# RAH
## Trial Balance as of 8/13/16

| | |
|---|---|
| Destination Country | Turkey |
| Proposed Shipment Size | 650 |
| Proposed Shipment Date | Jan-16 |
| Description | Breeding Quality Joined Females |
| Pedigree Certificate | LEA |
| Minimum Average Weight | 450kg |
| Pregnancy Range | 475kg |
| Age Range | 17 - 26 months |
| Screened Negative for | TB, Brucellosis, Johnes, BVD-PI, BTV and EBL |

| Account Number | Description | Debits Per Head | Credits Per Head | Debits Shipment | Credits Shipment |
|---|---|---|---|---|---|
| TROBC-051-0000-1040 | Income- Shipment | | $ - | | $ - |
| TROBC-051-0000-1999 | Income- Prepaid Expenses | | $ - | | $ - |
| | **Total Income** | | $ - | | $ - |
| | **Shipment Expenses** | | | | |
| TROBC-051-0000-5000 | Livestock Purchases from Gutmans | $ 1,625.00 | | $ 1,056,250.00 | |
| TROBC-051-0000-5210 | Margin | $ 250.00 | | $ 162,500.00 | |
| TROBC-051-0000-5210 | Margin | | | $ - | |
| TROBC-051-0000-5210 | Commission (BW) | | | $ - | |
| TROBC-051-0000-5010 | Feedlot Fodder | $ 150.00 | | $ 97,500.00 | |
| TROBC-051-0000-5020 | Agistment | | | $ - | |
| TROBC-051-0000-5025 | Handling | $ - | | $ - | |
| TROBC-051-0000-5030 | On-farm Veterinary Costs | $ - | | $ - | |
| TROBC-051-0000-5035 | Quarantine Veterinary Costs | | | $ - | |
| TROBC-051-0000-5040 | On-farm Treatment Costs | $ - | | $ - | |
| TROBC-051-0000-5045 | Quarantine Treatment Costs | $ - | | $ - | |
| TROBC-051-0000-5050 | On-farm Other Costs | $ - | | $ - | |
| TROBC-051-0000-5055 | Quarantine Other Costs (USDA Inspection Facility) | $ 21.00 | | $ 13,650.00 | |
| TROBC-051-0000-5060 | Weighbridge and Loading Costs | $ 4.00 | | $ 2,600.00 | |
| TROBC-051-0000-5065 | Management Charges (customs) | $ 2.00 | | $ 1,300.00 | |
| TROBC-051-0000-5070 | Freight to Wharf | $ 10.00 | | $ 6,500.00 | |
| TROBC-051-0000-5075 | Supply Chain Compliance Costs | $ - | | $ - | |
| | **Total F.A.S.** | $ 2,062.00 | | $ 1,340,300.00 | |
| TROBC-051-0000-5100 | Supercargo Costs (On-board veterinary kit) | $ 5.00 | | $ 3,250.00 | |
| TROBC-051-0000-5100 | Supercargo Costs (Stockman daily fee and flights) | $ 5.00 | | $ 3,250.00 | |
| TROBC-051-0000-5110 | Travel | $ - | | $ - | |
| TROBC-051-0000-5120 | Client Inspection Costs | $ - | | $ - | |
| TROBC-051-0000-5130 | Stevedoring | $ 43.00 | | $ 27,950.00 | |
| TROBC-051-0000-5140 | Fodder on Board | $ 100.00 | | $ 65,000.00 | |
| TROBC-051-0000-5150 | Levies, Documentation and Insepction Costs (USDA) | $ 10.00 | | $ 6,500.00 | |
| | **Total F.O.B.** | $ 2,225.00 | | $ 1,446,250.00 | |