# Exhibit C

# Turkey Shipment/ Proposal

Brandon Webb [lianimalhealth@gmail.com]

Sent: 12/8/2016 3:32 PM

To: "Todd Davis" <todd@davislivestock.com>, "Justin Gish" <justin@davislivestock.com>

Todd,

Finally have the Turkey shipment organized and sourced:

1) 650 Holstein heifers purchased in PA that require 100% financing- $250/ head in margin for Davis Livestock

2) 750 Black Angus heifers with Turkish buyer most likely financing 100% of the purchase with deposit next week and balance before shipment. Purchased from Prewitt Cattle Company at time of shipment with deposit down

3) 1700 Red Angus and Charolais cross heifers to be purchased from Prewitt cattle at time of shipment with deposit down

4) 200 Black Angus heifers to be purchased from Pipestream Feedyard at time of shipment with deposit down.

5) 480 Angus and Limousin cross heifers to be purchased next week in Virginia and North Dakota and moved to Pennsylvania for quarantine.

With regards to payments in order to make everything work for the suppliers and ourselves:

12/9- $953,000 to Gutman Brothers (if possible) as we did select heifers 2.5 to 5 months this time and they have been on feed for a couple weeks

12/9- $200,000 to Prewitt Cattle Company as they would like to start moving cattle to ND tomorrow to make space for other incoming cattle currently on winter pasture that need processed

12/9 - $100,000 to vessel owner. With the TL, buyers have delayed deposits we were counting on and even though we have $300,000 into the vessel already, we owe another $100,000 with the vessel owner starting to press.

12/14- $200,000 to 250,000 to Prewitt Cattle Company as the balance of the deposit for the 2,000 to 2,500 head they will supply and finance for us until shipment.

12/14- $50,000 to LI Animal Health as pre-payment for the quarantine cost in Pennsylvania. Unfortunately, due to our receivables, we need to make payments to UPenn (vet clinic) and quarantine owner to keep things moving.

12/15- Approximately $400,000 for cattle purchases in Virginia and North Dakota to top off the beef heifer numbers and start quarantine on time

12/15 - $222,750 to Dan Z for the 135 head of Holstein heifers (Dan is moving heifers to quarantine tomorrow but can wait to be paid)

12/16- $50,000 as deposit to Pipestream Feedyard for 200 head they will finance until shipment

What we are proposing is that the Holstein heifers be handled as we always have. On the beef heifers, we are proposing a 50/50 profit share between Royal Atlantic Holdings and Davis Livestock. The margins are tight and unknown until we ship out and understand the final weights and as such we felt it didn't make sense to lock either side into a set margin.

Based on my budgets and the current selling prices that range from $4.60 to $5.20/kg delivered to Turkey, total margin for Davis Livestock would be between $300,000 and $350,000. At the same time, the financing requirements and exposure is less that less shipment as Prewitt/Pipestream will be responsible for any and all rejects on their 2700 head, Prewitt/ Pipestream is financing most until shipment and our buyers should bring $1,000,000 to $1,500,000 in cash payments prior to shipment that we will pass directly to you.

Best regards,
Brandon

Copyright © 2003-2017. All rights reserved.