# Exhibit D

## AGREEMENT FOR MANUFACTURE OF
## CUSTOMIZED FORAGE PRODUCT

This Agreement for Manufacture of Customized Forage Product ("Agreement") is made and entered into by and between Green Meadows Forage, LLC, of 31019 450th Ave., Gayville, SD 57031 (hereinafter referred to as "Green Meadows") and Davis Livestock, Inc., of 506 South 850 East, Smithfield, UT 84335 (hereinafter referred to as "Davis Livestock").

1. Purchase of Product. Davis Livestock agrees to purchase approximately 66 tons of Green Meadows Customized Chopped Bagged Forage product. The exact tonnage will be determined by the capacity of the delivery truck.

2. Shipping Destination. The product will be delivered to Penn Terminals 1 Saville Ave in Eddystone, Pennsylvania. Unless an alternative date is mutually agreed to by the parties, the product will be delivered on or before January 17, 2017.

3. Purchase Price and Payment. The agreed upon purchase price shall be $440.00 per ton of delivered product. Davis Livestock agrees to make a payment of $29040.00 that must be wire transferred in full to Green Meadows Forages bank account on or before 12.00 PM Monday of 1/9/17. An invoice statement of the total delivered tons of product shall be emailed to lianimalhealth@gmail.com.

4. Governing Law. This Agreement shall be governed by, interpreted, construed, and enforced in accordance with the laws of the State of South Dakota without regard to the principles of conflicts of law thereof.

GREEN MEADOWS FORAGE, LLC

Dated this 4 day of January, 2017.

By: _Ricky d Dyc_

Its: _Owner_

DAVIS LIVESTOCK, INC.

Dated this 5th day of January, 2017.

By: _[signature]_

Its: _Representative_