# Exhibit E

# Fwd: Zad Elkhir

**Todd Davis** [todd@davislivestock.com]

Sent: 2/1/2017 5:50 PM
To: "Brandon Webb" <lianimalhealth@gmail.com>

Todd Davis

Begin forwarded message:

> **From:** Paul Gaffney <Paul.Gaffney@hostagency.com>
> **Date:** February 1, 2017 at 3:22:54 PM PST
> **To:** Todd Davis <todd@davislivestock.com>
> **Subject: Re: Zad Elkhir**
>
> Todd,
>
> Understand from Brandon all has been sorted and loading of cattle will resume tomorrow morning. Can you confirm same is happening?
>
> Thanks,
> Paul
>
> Sent from my iPhone
>
> On Feb 1, 2017, at 4:40 PM, Todd Davis <todd@davislivestock.com> wrote:
>
>> Paul, I will keep you updated as best I can.
>>
>> Todd Davis
>>
>> On Feb 1, 2017, at 10:56 AM, Paul Gaffney <Paul.Gaffney@hostagency.com> wrote:
>>
>>> Hi Todd,
>>>
>>> Just as a follow up to our phone call – My contact details are in my signature. I'm reachable on my mobile 24 hrs per day (unfortunately). Please let me know the status of loading, or unloading, once you know. At this point, wither way the vessel will be alongside at least 1 day longer than we had originally estimated, so our PDA/Invoice will be changing. I can send that to you directly later once a final decision is made.
>>>
>>> Appreciate your assistance and understanding in this matter.
>>>
>>> ## Paul Gaffney
>>>
>>> Philadelphia@hostagency.com
>>>
>>> ### Host Agency

As Agent Only
4747 South Broad Street
Building 101, Suite 231
Philadelphia, PA 19112
24 Hrs: 267-886-9916
Mobile: 302-588-9485
www.hostagency.com

---