# Exhibit F

# Re: US Holsteins

**BRANDON WEBB** [blwebb07@gmail.com]

Sent: 6/15/2017 2:58 AM

To: "Raymond Castro" <r.castro@powerholding-intl.com>

Cc: "John Joseph Dore" <j.dore@baladna.co>, "Mohammed Al Alwani" <m.alwani@powerholding-intl.com>, todd@davislivestock.com, justin@davislivestock.com

Dear Raymond,

Please note the attached subject offer for European Holsteins. As discussed, regardless of where we source, we will apply the same selection criteria as we would in the United States to ensure your expectations are met.

With regards to the subject offer from the United States, we should have that compiled for you in the next 24-48 hours. In addition, as we have delivered over 30,000 head to Turkey, we have a large pool of 100% US genetics here that we may be able to source from if the Qatari officials approve Turkey.

Very much look forward to your thoughts on the initial offering and feedback on how we can provide a larger more comprehensive package for the balance of 2017 and 2018.

Best regards,
Brandon

On Wed, Jun 14, 2017 at 12:56 PM, BRANDON WEBB <blwebb07@gmail.com> wrote:

Dear Raymond,

I'm probably sharing too much information at this stage, but it seems Germany and Belgium veterinarian officials will refuse to sign health certificates for the export of milking animals- insisting the animals must be milked every 12 hours for welfare reasons. In my opinion, this is an extreme position and one not supported by science, but it's their position nonetheless.

What we propose is twofold:

1) We know very well how to circumvent Brussels- the regional veterinarian authorities in Italy are very influential and even we can negotiate protocol with them without consulting Brussels or Rome. We did the same prior with the export of 3,000 milking Buffalo to the Philippines.

If this is the model we will follow, we will source animals in Belgium, Luxembourg, Germany and Northern Italy, collect them at our isolation barn just 45 minutes from MXP Milan and export all from Italy utilizing an endorsed health certificate from the officials there.

2) We are looking at alternative sources beside Europe and if the logistical challenges can be resolved. For example, we have one supplying herd in the US milking 10,000 head that could easily fill your entire immediate needs.

We can give a soft offer from Europe and the US at this stage, but we really prefer to know which legal channels can be approved by the Qatari officials before pricing.

Look forward to your thoughts.

Best regards,
Brandon

On Jun 13, 2017, at 9:58 AM, BRANDON WEBB <blwebb07@gmail.com> wrote:

Dear Raymond,

I look forward to receiving feedback on the below.

Additionally, I must say congratulations on the write up yesterday in Bloomberg. Your proposed project is bold and quite commendable.

With that said, I was wondering if you could share the exact timeframe and the totality of your project? I believe there may be an opportunity for cost savings if we can better understand your projected needs- possibly we can offer a combination package of US and European cattle that will satisfy your immediate needs and also be a solid genetic foundation for the future of your herd.

As mentioned, our group established and supplied Uluova Farms which is now averaging 43.5 liters (highest herd average in the country) and is considered the highest genetic value herd not only in Turkey, but all of Europe. Minister Çelik visited the other week and to quote "he could not imagine such a dairy herd exists."

Additionally, even though Europe and the US are large cattle markets, the actual players within those markets are few. I'm concerned that if your group tenders multiple contracts at the same time, you will actually be competing against yourself for freight and cattle.

Very much look forward to your thoughts.

Best regards,
Brandon

On Jun 13, 2017, at 9:23 AM, Raymond Castro <r.castro@powerholding-intl.com> wrote:

> Dear Mr. John,
>
> In behalf of Mr. Alwani please find below email from potential supplier of Milking cows – M/s Royal Atlantic Holdings, LLC (Usa) for your comments so they can submit their best offer to us.
>
> Thank you
>
> **Best Regards,**
> **Raymond Castro**
>
> **From:** BRANDON WEBB [mailto:blwebb07@gmail.com]
> **Sent:** Monday, 12 June, 2017 18:12
> **To:** Raymond Castro
> **Cc:** Mohammed Al Alwani; todd@davislivestock.com; justin@davislivestock.com
> **Subject:** Re: US Holsteins
>
> Dear Raymond,
>
> I am very sorry to ask such a simple question, but do you know if Qatar has established protocol with Belgium and Luxembourg? We inquired with the veterinarian authorities in both countries, but it's much less bureaucratic asking you directly. If no protocol is established, would your group have the influence to obtain an import permit detailing the health requirements?
>
> We are quite experienced in sourcing milking two year olds from Germany (historically sourcing 500 per month for Italy), but we are thinking of options to fill your order in the most expedient way possible. To load a 777 or 747 every two weeks with 160-180 head, it would be ideal if we can source from all three countries- Germany, Belgium and Luxembourg.
>
> Best regards,
> Brandon
>
>
> On Jun 10, 2017, at 4:48 PM, Raymond Castro <r.castro@powerholding-intl.com> wrote:
>
>> Dear Brandon,
>>
>> Rest assured that our dairy farm will be completely ready in time upon receipt of the animals.
>>
>> Thank you
>>
>> **Best Regards,**
>> **Raymond Castro**
>>
>> From: BRANDON WEBB <blwebb07@gmail.com>
>> Sent: Saturday, June 10, 2017 2:31:28 PM
>> To: Raymond Castro
>> Cc: Mohammed Al Alwani; todd@davislivestock.com; justin@davislivestock.com
>> Subject: Re: US Holsteins
>>
>> Dear Raymond,
>>
>> I reached out to multiple airlines yesterday and should have their offer by Monday or Tuesday. At this stage, they would be the only unknown component of the budget.
>>
>> But to confirm, your dairy is constructed and can receive all 1,000 head as quickly as is logistically possible?

Best regards,
Brandon


On Sat, Jun 10, 2017 at 6:47 AM, Raymond Castro <r.castro@powerholding-intl.com<mailto:r.castro@powerholding-intl.com>> wrote:
Dear Mr. Brandon,

Please give us your offer for cows coming from Germany and Italy. Delivery schedule can be discussed but please consider as urgent requirement as the milk is for Qatar market.

Thank you

Best Regards,


[cid:image698997.jpg@40AFEDB8.1CC079B7]
Raymond Castro

Senior Procurement Officer



T: +974 4429 2836<tel:+974%204429%202836>

F: +974 4429 2244<tel:+974%204429%202244>
M: +974 5584 1859<tel:+974%205584%201859>

PO Box: 24590, Doha, Qatar


r.castro@powerholding-intl.com<mailto:r.castro@powerholding-intl.com> | www.powerholding-intl.com<http://www.powerholding-intl.com/>



P Save a tree. Don't print this e-mail unless it's really necessary.

PRIVACY AND CONFIDENTIALITY NOTICE: This e-mail and any files transmitted with it are strictly confidential and intended solely for the person or organization to whom it is addressed. If it comes to the attention of any other unauthorized person, no action may be taken on it nor should it be copied or shown to any third party. If you have received this e-mail in error, please e-mail the sender by replying to this message and delete the original and any printout thereof. Recipient should check this e-mail and any attachment for the presence of viruses. Power International Holding and it's affiliates shall not be liable for any damage caused by any virus transmitted by this e-mail.


From: BRANDON WEBB [mailto:blwebb07@gmail.com<mailto:blwebb07@gmail.com>]
Sent: Friday, 9 June, 2017 20:22
To: Raymond Castro
Cc: Mohammed Al Alwani; todd@davislivestock.com<mailto:todd@davislivestock.com>; justin@davislivestock.com<mailto:justin@davislivestock.com>
Subject: US Holsteins

Dear Sir,

Thank you for your inquiry to Davis Livestock. We understand that you are in need of lactating two year old Holsteins and though we would very much prefer to supply from the United States, I see two main challenges.

First, there is no established protocol between the United States and Qatar for live cattle. It will take time to

navigate the bureaucracy of USDA in order to have protocol established and confirmed.

Second, it would be logistically quite difficult (if not impossible) to deliver milking Holsteins within a 24 hour time frame. By my estimates, by the time we milk out all 180 head for a single 747-f plane charter, crate the cattle, re-fuel in Frankfurt, land in Doha, de-crate the cattle and then complete milking, we are looking at a 30+ hour window which is much too long for US Holsteins milking 35-40 liters.

With that said, in the immediate term, we can offer lactating two year olds from Germany and Italy. Please advise if acceptable and your exact desired schedule for delivery and we will prepare an offer within the next few days.

Longer term, we would suggest you consider US Holsteins delivered by sea. With your high infrastructure cost and the expense of imported feed, Qatar requires the highest producing and most efficient cattle, which would be US Holsteins. Many of our Turkish clients buy from Germany and are currently averaging ~30-32 liters whereas we have numerous clients with US Holsteins averaging 40+ liters at this stage.

Best regards,

Brandon L. Webb
Managing Partner

Royal Atlantic Holdings, LLC
1000 N West Street, Suite 1200
Wilmington, Delaware 19801
TEL : +1.717.542.6985<tel:(717)%20542-6985>
FAX : +1.302.397.2804<tel:(302)%20397-2804>
www.royalatlantic.us<http://www.royalatlantic.us>

<image698997.jpg>

Attachments: SubjectOffer_1000_Qatar.pdf