# Exhibit G

## Signed Contract/ Summary

**Brandon Webb** [lianimalhealth@gmail.com]

Sent: 8/17/2017 10:47 AM
To: "Todd Davis" <todd@davislivestock.com>
Cc: "Justin Gish" <justin@davislivestock.com>

Todd,

Please note the attached signed contract between Royal Atlantic and Davis Livestock- it has been with Murat. Summary of the business is as follows:

Approximately 12 charters @ 165 head per charter from LAX and IAD

Qatar Airways originally told us they could only facilitate one charter per week from LAX. They are now considering the possibility of a second charter. Assuming they do, the schedule would be as follows:

### LAX

August 28 - CA Heifers
August 31- CA Heifers
September 4- Davis Heifers
September 7- CA Heifers
September 11- Davis Heifers
September 18- Davis Heifers
September 21- Davis Heifers
September 28- Davis Heifers
October 2- CA Heifers

### IAD

September 6
September 13
September 20

**Must be finished by 20th in order to start Turkish quarantine by the 25th of September**

Budget numbers look to be as follows:

### Davis Inventory (approx. five charters- 825 head head)

Heifer expense- $1,750
Genomics/ Testing/ Trucking- $140
Travel expense- $8
Commission- $55
Insurance- $110 (may move up or down by $10/ head depending on CIF values)
USDA at LAX- $5
Margin for Davis- $185
Margin for Royal- $142

Total- $2,395

### Davis Inventory (approx seven charters- 1,155 head head)

Heifer expense- $1,925
Trucking- $25
USDA Inspection- $15
Travel expense- $8
Commission- $55
Insurance- $110 (may move up or down by $10/ head depending on CIF values)
USDA at LAX- $5
Margin for Davis- $135
Margin for Royal- $122

Total- $2,395

Let me know if you have any questions.

Best regards,
Brandon

Attachments: 20170816193936.pdf