# Exhibit H

## Payable to Davis Livestock

**Brandon Webb** [lianimalhealth@gmail.com]

Sent: 7/3/2017 9:08 AM
To: "Todd Davis" <todd@davislivestock.com>

Todd,

Please note the attached letter detailing the payable owed to Davis Livestock from Royal Atlantic Holdings.

Best regards,
Brandon

Attachments:   Davis_Letter_020717.pdf



2/7/2017

Davis Livestock, Inc.
Attn: Mr. Todd Davis
506 South 850 East
Smithfield, Utah 84335

Dear Todd,

As a partner and director of Royal Atlantic Holdings, LLC, located at 1000 N West Street Wilmington, Delware, I hereby acknowledge and confirm the current outstanding payable with Davis Livestock, Inc. in the amount of $1,437,534.56 USD.

I also acknowledge and confirm that Royal Atlantic Holdings, LLC has an unsold cattle inventory totaling 790 head valued at appoximately $1,580,000 USD and has a receivable with Sakilbahce Canli Hay. Tar. Gida San. Tic. As. in the amount of $821,600 USD for a total of $2,401,600.

It is understood between the parties that Royal Atlantic Holdings, LLC will dedicate the detailed cattle inventory and receivable to paying the current outstanding balance of $1,437,534.56 in full.

Sincerely,

Brandon L. Webb
Managing Partner