# Exhibit I

## Qatar Protocol

**Brandon Webb** [lianimalhealth@gmail.com]

Sent: 7/7/2017 12:05 PM
To: "Todd Davis" <todd@davislivestock.com>

Todd,

Qataris are allowing us to draft the protocol- EBL was the only requirement from the Ministry and Paratuberculosis is the only requirement from the buyer.

Best regards,
Brandon

Attachments:   IMPORT HEALTH REQUIREMENTS OF QATAR- USA.pdf