# Exhibit J

## Baladna Dairy- CNN

**Brandon Webb** [lianimalhealth@gmail.com]

Sent: 7/12/2017 11:32 AM
To: "Todd Davis" <todd@davislivestock.com>
Cc: "Justin Gish" <justin@davislivestock.com>

http://money.cnn.com/2017/07/12/news/qatar-flying-cows-milk-shortage/index.html