# Exhibit K

## Re: Qatar

**Brandon Webb** [lianimalhealth@gmail.com]

Sent: 7/13/2017 6:21 PM
To: "Todd Davis" <todd@davislivestock.com>
Cc: "Justin Gish" <justin@davislivestock.com>

Todd,

Not much need, if any, for you to finance when cash payments are being sent ten days prior to shipment. I have no issue having this open book- I will send a budget through this evening or tomorrow.

But to be clear, we finalized the deal through Murat's Syrian contact and not the the procurement officer that emailed earlier in the process.

We must ship heifers through Dulles unless Qatar Airways can give us more than one charter per week from LAX. They expect full delivery by mid-September and as of today, three charters from Dulles is the only option.

Best regards,
Brandon

> On Jul 13, 2017, at 9:36 PM, Todd Davis <todd@davislivestock.com> wrote:
>
> Brandon, I would like the funds sent directly to my account. I want to know exactly what is going on every step of the way. I brought this deal to you and want to make sure you make money as well but I need to control the purse strings on this one. I'm also curious why you are sourcing cattle in Wisconsin and Pennsylvania on this deal when there are plenty on the west coast, it makes no sense. I must again reiterate that the money flows through me on this or I'm not going to finance it. Let me know your thoughts.
> Thanks,
>
> Todd Davis
>
>> On Jul 13, 2017, at 4:22 PM, Brandon Webb <lianimalhealth@gmail.com> wrote:
>>
>> Todd,
>>
>> Schedule for Qatar Airways is attached. Friday and Saturday are down days for Qatar, so the schedule looks as follows:
>>
>> Saturday 7/15- Zoetis to pull (but not submit) samples from 90 Borba heifers in Bakersfield (??)
>>
>> Sunday 7/16- Transfer completed by Baladna Livestock
>>
>> Monday 7/17- Transfer received by RAH/ Transfer made to Davis Livestock/ Zoetis rep (Vaughn Casdorph) to test Daytona and Davis inventory at GVB
>>
>> Monday 7/24- Selection commences in California with CEO of Baladna
>>
>> Thursday 7/27- IHC endorsed by USDA
>>
>> Sunday 7/30- First shipment of 185 delivered to EIF in Ontario, CA; inspected by USDA; loaded at 10:00pm and delivered to LAX by midnight
>>
>> Best regards,
>> Brandon
>>
>>
>>
>>
>>
>>
>>
>> <Baldna_Shipment_Schedule_US_w.xlsx>
>