D. Craig Parry (#7274)
Stephen C. Mouritsen (#16523)
Parr Brown Gee & Loveless
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
Fax: (801) 532-7750
Email: cparry@parrbrown.com
   smouritsen@parrbrown.com

*Attorneys for Plaintiff*

FILED
2018 FEB 20 AM 11:55
CLERK
U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| DAVIS LIVESTOCK, INC., a domestic Utah corporation<br><br>      Plaintiff,<br><br>vs.<br><br>ROYAL ATLANTIC HOLDINGS, LLC, a foreign Delaware limited liability company; and BRANDON WEBB, an individual;<br><br>      Defendants. | **WRIT OF ATTACHMENT**<br><br>Case No. 1:18-cv-00022-BSJ<br><br>Judge Bruce S. Jenkins |

TO WELLS FARGO BANK, N.A.:

A hearing in the above-caption case was held on February 15, 2018, on Plaintiffs' *Ex parte* Motion for a Writ of Attachment pursuant to Rule 64 of the Federal Rules of Civil Procedure and Rules 64A and 64C of the Utah Rules of Civil Procedure, against defendants Royal Atlantic Holdings, LLC and Brandon Webb (collectively, the "Defendants").

Pursuant to the Court's Findings and Order, dated February 20, 2018,

YOU ARE HEREBY COMMANDED to immediately attach, secure, and to not allow the withdrawal, transfer, or dissipation, until further notice or order from this Court, of the following:

1. All monies on deposit at Wells Fargo Bank in account number 128-668-5704 in the name of Royal Atlantic Holdings, LLC, 1000 N. West Street, Suite 120, Wilmington, DE 19801 ("Royal Atlantic");

2. All monies on deposit in any other account in the name of Royal Atlantic; and

3. Any and all letters of credit, credit balances, or other financial instruments on deposit in any account under the name of Royal Atlantic.

YOU ARE FURTHER COMMANDED to provide counsel for plaintiff with an accounting of the monies and other financial instruments so secured, including the following information:

1. Identification of all accounts of Royal Atlantic; and

2. Identification of the current balance in each account that has been secured, including the face value of any letters of credit or other financial instruments.

Such accounting shall be provided to counsel for plaintiff at the above address (by mail, facsimile, or email) within five business days of the date of service of this Writ and shall be signed and verified by an officer of the bank.

Pursuant to *Utah Rule of Civil Procedure* 64A(i), the Court further orders as follows:

1. This writ is issued without notice to Defendants because of the likelihood that Defendants would forthwith assign, dispose of, or conceal the Royal Atlantic assets should they be given notice prior to issuance of the writ.

2. This writ is issued as of February 20, 2018, at **11:45** a.m. and shall continue in effect until March 6, 2018, at **5:00 o'clock** p.m., unless extended by the Court after a hearing.

3. A hearing shall be held on ___March 5___, 2018, at __1:30__ p.m. in room 7.200 of the United States District Courthouse, 351 S. West Temple, Salt Lake City, Utah.

4. Davis Livestock shall promptly provide notice of this Writ, the hearing, and all pleadings on file to Defendants by email at Defendants' current email addresses: blwebb07@gmail.com and lianimalhealth@gmail.com and by overnight mail to the address set forth on the Complaint and to Brandon Webb, West Grove Downs Stables, 620 W. Old Baltimore Pike, West Grove, PA 19390.

DATED this 20th day of February, 2018.

BY THE COURT:

_____
Judge Bruce S. Jenkins