D. Craig Parry (#7274)
Stephen C. Mouritsen (#16523)
Parr Brown Gee & Loveless
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
Fax: (801) 532-7750
Email: cparry@parrbrown.com
       smouritsen@parrbrown.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| DAVIS LIVESTOCK, INC., a domestic Utah corporation<br><br>                  Plaintiff,<br><br>vs.<br><br>ROYAL ATLANTIC HOLDINGS, LLC, a foreign Delaware limited liability company; and BRANDON WEBB, an individual;<br><br>                  Defendants. | **ORDER ON MOTION FOR EXPEDITED BRIEFING (ON MOTION FOR EXPEDITED DISCOVERY)**<br><br>Case No. 1:18-cv-00022-BSJ<br><br>Judge Bruce S. Jenkins |

The Court has received and reviewed Plaintiff's Motion for Expedited Breifing. Being fully informed and good cause appearing therefore, the Court hereby GRANTS the Motion and rules as follows:

A. Defendants' Memorandum in Opposition to Plaintiff's Motion for Expedited Discovery, should Defendants choose to file an opposing memorandum, shall be filed with the Court and served on Plaintiff's counsel on or before March 2, 2018;

B. Plaintiff shall not file a Reply Memorandum;

C. Plaintiff's Motion for Expedited Discovery shall be heard by the Court at the scheduled hearing on March 5, 2018, at 1:30 p.m.

DATED this __22__ day of February, 2018.

BY THE COURT:

_____
Judge Bruce S. Jenkins